UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

NICHOLAS GENOVESE,            )
                              )
            Petitioner,       )
                              )
       v.                     )   No. 2:23-cv-00455-JPH-MKK
                              )
WARDEN FCI TERRE HAUTE,       )
                              )
            Respondent.       )

**ORDER ON PENDING MOTIONS**

The Court, having considered the above action and the matters which are pending, makes the following rulings:

1. Petitioner's motions for Court assistance, dkts. [6] and [10], are **granted** to the extent that the Petitioner is **notified** that a check for the $5.00 filing fee associated with this action was received on December 19, 2023.

2. Petitioner's letter dated September 24, 2023, dkt. [7], asks whether he is required to file a disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. He is not required to file a disclosure statement in this habeas action.

3. Petitioner's motion to correct errors, dkt. [9], is **granted** to the extent that Petitioner's filings have been docketed.

4. The Petitioner's motion for summary judgment based on the theory that filings in the District Court of New Hampshire demonstrate that his claims will be successful is insufficient to entitle him to any relief at this time. The motion for summary judgment, dkt. [5], is summarily **denied**. The Respondent

will have the opportunity to respond to the merits of Petitioner's claims before this Court will issue a ruling.

**SO ORDERED.**

Date: 2/29/2024

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

NICHOLAS GENOVESE
17079104
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808