Case 2:23-cv-00455-JPH-MKK     Document 16     Filed 03/07/24     Page 1 of 2 PageID #: 89

**FILED**
**03/07/2024**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTHERN INDIANA

Nicholas J. Genovese
    Petitioner

v.                          Docket: 2:23-cv-00455 JPH-MKK

Warden FCI Terre Haute
    Respondent


PETITIONER REQUEST FOR ENTRY OF DEFAULT JUDGEMENT


Petitioner asks the court to enter a Default Judgement against Respondent, as authorized by Federal Rule of Civil Procedure 55.

A. Introduction

1. Petitioner is Nicholas J. Genovese, Reg # 17079104, Federal Prison Camp, Terre Haute, IN 47808.

2. On 9/5/2023 Petitioner filed a 2241 against Respondent for incorrect FSA credit. (ECF 1) Petitioner asked the clerk to serve Respondent with a copy and they did not do so. On 11/1/2023 Petitioner contacted the clerk and was told the clerk will not serve a copy to Petitioner.

3. On 10/11/2023 Petitioner served Respondent First Class Certified Mail #7018 0040 0000 2831 3096 (copy attached). The receipt shows Respondent was served on 10/20/2023.

4. Respondent did NOT file a responsive pleading or otherwise defend the suit.

5. Petitioner now asks the Court to enter a default judgement.

A court may render a default judgement against a party who has not filed a responsive pleading or other wise defend the suit. FRCP 55 (a), (b)(2); U.S. v. $23,000 in U.S. Currency 356 F.3d 157, 163-64 (1st Cir. 2004).

This Court should render a default judgement against Respondent because Respondent did NOT file a responsive pleading or otherwise defend the lawsuit within 60 days after (10/20/2023), the date of servoce. Fed. RCP 12 (a)(2), (a)(3).

--1--

Respondent is not a minor or an incompetent person, FRCP 55(b)(2).

## Argument

Respondent has NOT filed a responsive pleading or otherwise defend the lawsuit within 60 days after being served on 10/20/2023, the date of service, Petitioner asks the court to GRANT this motion and render a Default Judgement for 2:23-cv-00455 JPH-MKK.

## Relief Sought

Petitioner requests that the court enter the Default Judgement for the reasons above and that the Court order the BOP(Respondent) to immediately credit Petitioner and recalculate his FSA/ETC credits starting from his date of sentencing, Feb. 11, 2020.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the Petitioner, I have read this motion, and the information in this motion for Default Judgement (FRCP55) is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

_____
Nicholas J. Genovese
    Petitioner

2/29/2024
Dated