UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| NICHOLAS GENOVESE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:23-cv-00455-JPH-MKK |
| ) | |
| WARDEN FCI TERRE HAUTE, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

Respondent's response to the Order to Show Cause was due by April 8, 2024. That deadline has not passed, and Respondent now seeks an additional thirty days to file a response. That motion, dkt. [18], is **granted.** Respondent shall have **through May 8, 2024,** to file a response to the Order to Show Cause.

Because the Respondent's deadline has not passed, Petitioner Nicholas Genovese's motion for default judgment, dkt. [16], is **denied.**

IT IS SO ORDERED.

Date: 4/5/2024

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

NICHOLAS GENOVESE
17079104
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

Joi Kamper
DOJ-USAO
joi.kamper@usdoj.gov